R. Bruce Carlson, *pro hac vice*
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| CAROL FULKERSON, individually and on behalf of all others similarly situated, SHELLEY PALMER, individually and on behalf of all others similarly situated, and JORDAN OHLDE, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>BEND MEMORIAL CLINIC dba SUMMIT MEDICAL GROUP OREGON, and SUMMIT HEALTH MANAGEMENT, LLC,<br><br>Defendants. | Case No. 6:20-cv-01579-AA<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Carol Fulkerson, Shelley Palmer, and Jordan Ohlde and Defendants Bend Memorial Clinic and Summit Health Management, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendants;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 1, 2022

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson, *pro hac vice*
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

Nicholas A. Colella, *pro hac vice*
**LYNCH CARPENTER LLP**
1133 Penn Avenue Floor 5
Pittsburgh, PA 15222
(412) 322-9243
nickc@lcllp.com

*Attorneys for Plaintiffs*

*/s/ Joseph Lynett*
Joseph Lynett, *pro hac vice*
joseph.lynett@jacksonlewis.com
Anthony Copple, OSB #163651
anthony.copple@jacksonlewis.com
**JACKSON LEWIS P.C.**
200 SW Market St., Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on August 1, 2022.

                                                    */s/ R. Bruce Carlson*
                                                    R. Bruce Carlson