IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CAROL FULKERSON, individually and on behalf of all others similarly situated, SHELLEY PALMER, individually and on behalf of all others similarly situated, and JORDAN OHLDE, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>           v.<br><br>BEND MEMORIAL CLINIC dba SUMMIT MEDICAL GROUP OREGON, and SUMMIT HEALTH MANAGEMENT, LLC,<br><br>           Defendants. | Civ. No. 6:20-cv-01579-AA<br><br>JUDGMENT |

      Pursuant to the parties' Stipulation of Dismissal, this action is DISMISSED with prejudice. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

      DATED: 8/1/2022

                                    Melissa Aubin, Clerk

                            By    /s/ C. Kramer
                                        Deputy Clerk

1 –JUDGMENT